**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANELL SHAVERS,<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC<br><br>Defendant. | Case No. 1:26-cv-04455 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 9) |

Chanell Shavers initiated this action by filing a complaint in Kern County Superior Court, Case No. 26CUB00400. (Doc. 1-1.) Following removal to the district court, the Court issued new case documents and ordered the parties to file a joint scheduling report. (Doc. 2.) After Plaintiff did not participate in filing a joint scheduling report, the magistrate judge issued an order to Plaintiff to show cause why sanctions should not be imposed, including dismissal. (Doc. 8.) Plaintiff did not respond to the order.

The magistrate judge found Plaintiff failed to comply with this Court's orders and failed to prosecute the case. (Doc. 9 at 1-2.) The magistrate judge found terminating sanctions were appropriate after considering the factors identified by the Ninth Circuit in *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). (*Id.* at 2-4.) Therefore, the magistrate judge recommended that the Court dismiss this action without prejudice. (*Id.*)

The Court served the Findings and Recommendations on the parties and notified them that

any objections were due within 14 days. (Doc. 9 at 4.) The Court advised Plaintiff that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated September 15, 2026 (Doc. 9) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice, for Plaintiff's failure to comply with the Court's orders and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _October 13, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE